FILED IN
COURT OF CRIMINAL APPEALS

June 17, 2015

ABEL ACOSTA, CLERK

PD-0349-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 6/15/2015 1:54:23 PM
Accepted 6/17/2015 10:40:15 AM
ABEL ACOSTA
CLERK

**Court of Criminal Appeals No. PD-0349-15**
**Appeal No. 01-13-00295-CR**
**Trial Cause No. 12-08-08659-CR**

| | | |
|---|---|---|
| **EDWARD FLORES** | § | **IN THE COURT OF CRIMINAL** |
| | § | |
| **VS.** | § | **APPEALS** |
| | § | |
| **STATE OF TEXAS** | § | **AUSTIN, TEXAS** |

MOTION FOR EXTENSION OF TIME TO FILE
PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW, Edward Flores, Appellant, and requests this Court grant an extension of time to file his Petition for discretionary review and would show unto the Court the following:

1.      On February 26, 2015, the Court of Appeals delivered and filed its opinion in Appeal No. 01-13-00295-CR, styled *Edward Flores v. State of Texas*, in the First Court of Appeals in Houston, Texas. Appellant timely filed a Motion for Rehearing in the First Court of Appeals. The motion for Rehearing was denied May 11, 2015, however Counsel got notice, via email, from the first court of appeals on May 12, 2015. Counsel having received the email on May 12, 2015, did not notice the denial of the motion for rehearing had occurred on May 11, 2015 and calendared his deadline to file his Petition for Discretionary Review as June 11, 2015

2.      The deadline for filing a petition for discretionary review is June 11, 2015.[1]. The Deadline for filing a motion for extension of deadline to file Petition for

---

[1] The actual due date to file the motion for rehearing is March 28, 2015. Since March 28, 2015 is a Saturday, the due date would be moved to the first business day, which would be March 30, 2015. T.R.A.P 4.1(a)

Discretionary review pursuant to Texas Rule of Appellant Procedure 68.2(c) is June 26, 2015.

3.      Appellant is requesting an extension of at least seven days.

4.      Appellant's counsel is requesting this extension of time to his motion to file Petition for discretionary review because Appellant's Counsel as stated above, Counsel having received e-mail notice that the Motion for rehearing was denied May 12, 2015, inadvertently calendared the Petition as June 11, 2015. A petition for Discretionary Review was filed on Appellant's behalf June 11, 2015, thinking this was timely filing the petition.

5.      No other extensions for time to file an extension to file Petition of Discretionary Review have been previously granted to this attorney in this appeal since the Motion for Rehearing was denied.

Respectfully Submitted,

_____
Scott Pawgan
State Bar No. 24002739
122 W. Davis, Ste 116
Conroe, Texas 77301
Phone (936) 242-6975
Fax (800) 619-5113

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served upon the attorney for the State via the electronic service feature of the e-file provider this motion was filed with on the June 15, 2015.

Scott Pawgan

| | | |
|---|---|---|
| **EDWARD FLORES** | § | **IN THE COURT OF CRIMINAL** |
| | § | |
| **VS.** | § | **APPEALS** |
| | § | |
| **STATE OF TEXAS** | § | **AUSTIN, TEXAS** |

ORDER ON MOTION FOR EXTENSION OF TIME
TO FILE PETITION FOR DISCRETIONARY REVIEW

On this day came to be heard Appellant's Motion For Extension Of Time To File Petition For Discretionary Review and the Court is of the opinion the motion should be GRANTED.

IT IS ORDERED that Appellant's deadline to file Appellant's Petition for Discretionary review be extended from June 10, 2015 and Appellant's Petition for Discretionary Review is now due _____.

_____
Judge, Court of Criminal Appeals